UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  3:09-md-02100-DRH-PMF )  )  MDL No. 2100 )  ) |

This Document Relates To:

*Alison Beals v. Bayer HealthCare Pharmaceuticals Inc., et al.*           No. 10-cv-11763-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on January 29, 2014, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
Deputy Clerk

**Dated:**  January 29, 2014

Digitally signed by
David R. Herndon
Date: 2014.01.29
16:09:51 -06'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT